**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MISSOURI

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Nephrite Fund 1 LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Suncrest Apartments** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-1550214** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **9805 E. 61st St.**<br>**Raytown, MO 64133**<br>Number, Street, City, State & ZIP Code | **2977 Highway K, Ste. 239**<br>**O Fallon, MO 63366**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Jackson**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **suncrestaptsraytown.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Nephrite Fund 1 LLC**
Name _____    Case number (*if known*) _____

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | _____ | | _____ | | _____ | |
| | _____ | | _____ | | _____ | |

Debtor **Nephrite Fund 1 LLC**
Name

Case number (*if known*) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

| Debtor | **Nephrite Fund 1 LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

☐ $50,001 - $100,000           ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion

☐ $100,001 - $500,000          ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion

☐ $500,001 - $1 million        ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| Debtor | **Nephrite Fund 1 LLC** | Case number (*if known*) | |
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 14, 2024**
                 MM / DD / YYYY

**X** /s/ Alan Sheehy                             **Alan Sheehy**
Signature of authorized representative of debtor           Printed name

Title    **Member**

---

**18. Signature of attorney**

**X** /s/ Robert E. Eggmann              Date   **May 14, 2024**
Signature of attorney for debtor                           MM / DD / YYYY

**Robert E. Eggmann 37374**
Printed name

**Carmody MacDonald P.C.**
Firm name

**120 S. Central Ave., Suite 1800**
**Saint Louis, MO 63105**
Number, Street, City, State & ZIP Code

Contact phone   **314-854-8600**       Email address   **ree@carmodymacdonald.com**

**37374 MO**
Bar number and State

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of Missouri

In re  **Nephrite Fund 1 LLC**

Debtor(s)

Case No.

Chapter  **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept $      **0.00**

Prior to the filing of this statement I have received $      **0.00**

Balance Due $      **0.00**

2.  The source of the compensation paid to me was:

■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

■ Debtor      ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 14, 2024**

*Date*

**/s/ Robert E. Eggmann**
**Robert E. Eggmann 37374**
*Signature of Attorney*
**Carmody MacDonald P.C.**
**120 S. Central Ave., Suite 1800**
**Saint Louis, MO 63105**
**314-854-8600  Fax: 314-854-8660**
**ree@carmodymacdonald.com**
*Name of law firm*

.

Alan Sheehy


Anderson & Associates
1901 W. 47th Place
Suite 300
Westwood KS 66205


Angela Oswald
9809 E. 61st St.
Unit 2
Raytown MO 64133


April Maggard
9807 E. 61st St.
Unit 1
Raytown MO 64133


Aretha Jones
9819 E. 61st St.
Unit 6
Raytown MO 64133


Ashli Fletcher
9807 E. 61st St.
Unit 6
Raytown MO 64133


AT&T
P.O. Box 105262
Atlanta GA 30348


Augustina Burns
9819 E. 61st St.
Unit 5
Raytown MO 64133


Betina Smith
9805 E. 61st St.
Unit 6
Raytown MO 64133


Bonita Cowens
9807 E. 61st St.
Unit 5
Raytown MO 64133

Brittany Davis
9809 E. 61st St.
Unit 9
Raytown MO 64133


Cabrisha Lyons
9819 E. 61st. St.
Unit 9
Raytown MO 64133


Carmen Peeler
9801 E. 61st St.
Unit 3
Raytown MO 64133


Cherokee Poplett
9807 E. 61st St.
Unit 3
Raytown MO 64133


Ciera Allen
9805 E. 61st St.
Unit 11
Raytown MO 64133


DeAunte Smith
9813 E. 61st St.
Unit 4
Raytown MO 64133


Deivyon Johnson
9813 E. 61st St.
Unit 7
Raytown MO 64133


Denise Woolbright
535 Brookneal Dr.
Saint Charles MO 63304


Dennis Byrd
9811 E. 61st St.
Unit 10
Raytown MO 64133

Deriantae Jones
9813 E. 61st St.
Unit 10
Raytown MO 64133

Destiny Howard
9803 E. 61st St.
Unit 4
Raytown MO 64133

Diplomat LLC
3530 Miami Street
Saint Louis MO 63118

Domnique Moody
9803 E. 61st St.
Unit 11
Raytown MO 64133

Dorothy Heard
9807 E. 61st St.
Unit 10
Raytown MO 64133

Earl Robinson
9805 E. 61st St.
Unit 10
Raytown MO 64133

Elizabeth Grayson
9809 E. 61st St.
Unit 4
Raytown MO 64133

Ericka Carr
9801 E. 61st St.
Unit 10
Raytown MO 64133

Evergy
P.O. Box 219703
Kansas City MO 64121

Famara Badjie
9801 E. 61st St.
Unit 11
Raytown MO 64133


Headway Capital
175 W. Jackson Blvd., Ste. 1000
Chicago IL 60604


Henderson Booth
9807 E. 61st St.
Unit 7
Raytown MO 64133


India Lache Stewart
9807 E. 61st St.
Unit 9
Raytown MO 64133


Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346


Intersolutions
535 Route 38 E
Suite 425
Cherry Hill NJ 08002


James Allen Schleichert
9817 E. 61st St.
Unit 11
Raytown MO 64133


James Pinkston
9813 E. 61st St.
Unit 6
Raytown MO 64133


Jamie Merritt
9807 E. 61st St.
Unit 12
Raytown MO 64133

Jania Hardin
9809 E. 61st St.
Unit 7
Raytown MO 64133


Jasmine Moore
9809 E. 61st St.
Unit 10
Raytown MO 64133


Jason Tarantola
9801 E. 61st St.
Unit 7
Raytown MO 64133


Jayla Weaver
9801 E. 61st St.
Unit 9
Raytown MO 64133


Jeanna Smalls
9819 E. 61st St.
Unit 11
Raytown MO 64133


Jeffrey Schnakenberg
9803 E. 61st St.
Unit 9
Raytown MO 64133


Jennifer Pacheco
9809 E. 61st St.
Unit 3
Raytown MO 64133


Jennifer Petty
9813 E. 61st St.
Unit 8
Raytown MO 64133


Jermaine Sails
9805 E. 61st St.
Unit 7
Raytown MO 64133

Jonniesha Chase
9809 E. 61st St.
Unit 8
Raytown MO 64133


Jovan Smith
9811 E. 61st St.
Unit 8
Raytown MO 64133


Juanicia Denise Causey
9803 E. 61st St.
Unit 10
Raytown MO 64133


Juanita Epps
9807 E. 61st St.
Unit 8
Raytown MO 64133


KC 9805 LLC
Attn: Alexander Kuehling
7733 Forsyth Blvd., Ste. 400
Saint Louis MO 63105


Keshawn Hill
9817 E. 61st St.
Unit 10
Raytown MO 64133


Kevin Skiles
9819 E. 61st St.
Unit 1
Raytown MO 64133


LaDell Louise Hill
9813 E. 61st St.
Unit 2
Raytown MO 64133


Latisha Lockett
9811 E. 61st St.
Unit 12
Raytown MO 64133

Leena Graham
9819 E. 61st St.
Unit 2
Raytown MO 64133


Linda Louise Brown
9813 E. 61st St.
Unit 1
Raytown MO 64133


Maria Arreola
9805 E. 61st St.
Unit 5
Raytown MO 64133


Marquis Thomas
9803 E. 61st St.
Unit 8
Raytown MO 64133


Marronda Kennedy
9809 E. 61st St.
Unit 11
Raytown MO 64133


Marshell Lewis
9817 E. 61st St.
Unit 5
Raytown MO 64133


Matthew David Schrock
9819 E. 61st St.
Unit 4
Raytown MO 64133


Melissa Page
9809 E. 61st St.
Unit 6
Raytown MO 64133


Merriam Jones
9813 E. 61st. St.
Unit 5
Raytown MO 64133

Michael Clark
412 Cottage Grove
Wentzville MO 63385


Michael Donato
9803 E. 61st St.
Unit 6
Kansas City MO 64133


Michael Seamster
9801 E. 61st St.
Unit 5
Raytown MO 64133


Missouri Department of Revenue
Attn: Bankruptcy Unit
P.O. Box 475
Jefferson City MO 65105


MyKiece Sexton
9809 E. 61st St.
Unit 5
Raytown MO 64133


Natalie Moore
9809 E. 61st St.
Unit 1
Raytown MO 64133


Pamela Vanderberg
9813 E. 61st St.
Unit 12
Raytown MO 64133


Ranieka Thompson
9811 E. 61st St.
Unit 9
Raytown MO 64133


Regina Palmer
9805 E. 61st St.
Unit 9
Kansas City MO 64133

Richard Johnson
9803 E. 61st St.
Unit 1
Raytown MO 64133


Robert Moore
9819 E. 61st St.
Unit 3
Raytown MO 64133


Sean Richmond
9811 E. 61st St.
Unit 1
Raytown MO 64133


Shaona Carney
9803 E. 61st St.
Unit 7
Raytown MO 64133


Sharon Mitchen
9801 E. 61st St.
Unit 2
Raytown MO 64133


Small Business Administration
1545 Hawkins Blvd., Ste. 202
El Paso TX 79925


SP Investment Group, LLC
250 NE 25th, Ste. 203
Miami FL 33137


Spire
Drawer 2
Saint Louis MO 63171


Stephan Phillips
9817 E. 61st St.
Unit 1
Raytown MO 64133


Strategic Properties
250 NE 25th, Ste. 203
Miami FL 33137

Tayzhana Mattic
9805 E. 61st St.
Unit 2
Raytown MO 64133


Terrance Dandridge
9813 E. 61st St.
Unit 3
Raytown MO 64133


The Raytown Water Company
10017 E. 63rd Street
Kansas City MO 64133


Tina Dozier
9801 E. 61st St.
Unit 4
Raytown MO 64133


Traci Mechelle Grant
9803 E. 61st St.
Unit 3
Raytown MO 64133


Trindoces Robinson
9811 E. 61st St.
Unit 5
Raytown MO 64133


Twyla Trusty
9803 E. 61st St.
Unit 5
Raytown MO 64133


Tyran Sutherlin
9819 E. 61st St.
Unit 8
Raytown MO 64133


US Premium Finance
280 Technology Parkway
Suite 200
Norcross GA 30092

Vincent Glover
9803 E. 61st St.
Unit 2
Raytown MO 64133


Waste Management
P.O. Box 4648
Carol Stream IL 60197

# United States Bankruptcy Court
### Western District of Missouri

In re  **Nephrite Fund 1 LLC**

Debtor(s)

Case No.

Chapter **11**

## VERIFICATION OF MAILING MATRIX

The above-named Debtor(s) hereby verifies that the attached list of creditors is
true and correct to the best of my knowledge and includes the name and address of my
ex-spouse (if any).

Date: **May 14, 2024**

**/s/ Alan Sheehy**
**Alan Sheehy**/Member
Signer/Title

**Fill in this information to identify the case:**

Debtor name  **Nephrite Fund 1 LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF MISSOURI

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 14, 2024**          X */s/ Alan Sheehy*
                                       Signature of individual signing on behalf of debtor

                                       **Alan Sheehy**
                                       Printed name

                                       **Member**
                                       Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Nephrite Fund 1 LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF MISSOURI** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

### Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Anderson & Associates 1901 W. 47th Place Suite 300 Westwood, KS 66205** | | | | | | **$12,467.84** |
| **AT&T P.O. Box 105262 Atlanta, GA 30348** | | **Utility** | | | | **$82.50** |
| **Denise Woolbright 535 Brookneal Dr. Saint Charles, MO 63304** | | **Loan to Suncrest Apts.** | | | | **$64,849.85** |
| **Diplomat LLC 3530 Miami Street Saint Louis, MO 63118** | | | | | | **$6,224.20** |
| **Evergy P.O. Box 219703 Kansas City, MO 64121** | | **Utility** | | | | **$1,150.44** |
| **Headway Capital 175 W. Jackson Blvd., Ste. 1000 Chicago, IL 60604** | | **Business Lender** | | | | **$45,976.17** |
| **Intersolutions 535 Route 38 E Suite 425 Cherry Hill, NJ 08002** | | | | | | **$8,373.37** |
| **Small Business Administration 1545 Hawkins Blvd., Ste. 202 El Paso, TX 79925** | | | | **$63,725.00** | **$0.00** | **$63,725.00** |

Debtor   **Nephrite Fund 1 LLC**

     Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Spire** **Drawer 2** **Saint Louis, MO** **63171** | | **Utility** | | | | **$2,040.97** |
| **Strategic Properties** **250 NE 25th, Ste.** **203** **Miami, FL 33137** | | **Management** **Company** | | | | **$521,415.55** |
| **The Raytown Water** **Company** **10017 E. 63rd Street** **Kansas City, MO** **64133** | | **Utility** | | | | **$2,309.57** |
| **US Premium** **Finance** **280 Technology** **Parkway** **Suite 200** **Norcross, GA 30092** | | | | | | **$71,358.08** |
| **Waste Management** **P.O. Box 4648** **Carol Stream, IL** **60197** | | **Utility** | | | | **$4,230.42** |

# United States Bankruptcy Court
## Western District of Missouri

In re   **Nephrite Fund 1 LLC**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **-NONE-** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **May 14, 2024**

Signature   **/s/ Alan Sheehy**

**Alan Sheehy**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**Fill in this information to identify the case:**

Debtor name **Nephrite Fund 1 LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MISSOURI

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*............................................................................... $   **7,750,000.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................. $   **145,492.41**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................ $   **7,895,492.41**

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $   **6,453,826.44**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $   **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$   **740,478.96**

4. Total liabilities .................................................................................................................
   Lines 2 + 3a + 3b

| $ | **7,194,305.40** |
| --- | --- |

**Fill in this information to identify the case:**

Debtor name    **Nephrite Fund 1 LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MISSOURI

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **BMO Harris Bank** | **Operating Account** | 4138 | $6,202.15 |
| 3.2. | **Chase Bank** | **Operating Account** | 7718 | $2,096.13 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**    $8,298.28
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **The Raytown Water Company - Water Deposit** | $41,349.24 |
|---|---|---|

Debtor    **Nephrite Fund 1 LLC**                                          Case number *(If known)* _____
_____
Name

| | | |
|---|---|---|
| 7.2. | **Tenant Security Deposits** | **$5,835.72** |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Prepayments** | **$1,874.85** |

9.    **Total of Part 2.**                                                                    **$49,059.81**
Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:     **48,167.08**    -    **0.00**    = ....    **$48,167.08**
face amount                       doubtful or uncollectible accounts

11b. Over 90 days old:     **39,967.24**    -    **0.00**    = ....    **$39,967.24**
face amount                       doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                    **$88,134.32**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.

| Debtor | **Nephrite Fund 1 LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☐ Yes Fill in the information below.

Part 8:        **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☐ Yes Fill in the information below.

Part 9:        **Real property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☐ Yes Fill in the information below.

55.        **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **9801/9803, 9805/9807, 9809/9811, 9813/9815, 9817/9819 East 61st Street, Raytown, Missouri 64133**<br><br>**120 apartment units, 5 physical buildings, 10 building addresses.** | | **$0.00** | | **$7,750,000.00** |

56.        **Total of Part 9.**                                                                 | **$7,750,000.00** |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.        **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

58.        **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

Part 10:        **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☐ Yes Fill in the information below.

Part 11:        **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

Debtor    **Nephrite Fund 1 LLC**
          Name

Case number *(If known)* _____

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Nephrite Fund 1 LLC**
        Name                                                    Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $8,298.28 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $49,059.81 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $88,134.32 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................................................> | | $7,750,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $145,492.41 | + 91b. $7,750,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $7,895,492.41 |

| Fill in this information to identify the case: |
| --- |
| Debtor name  **Nephrite Fund 1 LLC** |
| United States Bankruptcy Court for the:   WESTERN DISTRICT OF MISSOURI |
| Case number (if known) |

☐ Check if this is an
    amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** **KC 9805 LLC**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**9801/9803, 9805/9807, 9809/9811, 9813/9815, 9817/9819 East 61st Street, Raytown, Missouri 64133** | **$3,518,101.44** | **$7,750,000.00** |

**Attn: Alexander Kuehling**
**7733 Forsyth Blvd., Ste. 400**
**Saint Louis, MO 63105**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. KC 9805 LLC**
**2. SP Investment Group, LLC**
**3. Michael Clark**

**120 apartment units, 5 physical buildings, 10 building addresses.**

Describe the lien
**1st Deed of Trust**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.2** **Michael Clark**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**9801/9803, 9805/9807, 9809/9811, 9813/9815, 9817/9819 East 61st Street, Raytown, Missouri 64133** | **$22,000.00** | **$7,750,000.00** |
| --- | --- | --- | --- |

**412 Cottage Grove**
**Wentzville, MO 63385**
Creditor's mailing address

**120 apartment units, 5 physical buildings, 10 building addresses.**

Describe the lien
**3rd Deed of Trust**
Is the creditor an insider or related party?
☑ No

Debtor   **Nephrite Fund 1 LLC**                                          Case number (if known)
_____         _____
Name

_____      ☐ Yes
Creditor's email address, if known     **Is anyone else liable on this claim?**

**Date debt was incurred**            ☐ No
                                       ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**      **As of the petition filing date, the claim is:**
**interest in the same property?**     Check all that apply
☐ No                                   ☐ Contingent
■ Yes. Specify each creditor,          ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.
**Specified on line 2.1**
_____

---

| 2.3 | **Small Business Administration** | Describe debtor's property that is subject to a lien | $63,725.00 | $0.00 |

Creditor's Name

**1545 Hawkins Blvd., Ste. 202**
**El Paso, TX 79925**
_____      **Describe the lien**
Creditor's mailing address            **Loan**
                                       _____
                                       **Is the creditor an insider or related party?**
                                       ■ No
_____      ☐ Yes
Creditor's email address, if known     **Is anyone else liable on this claim?**

**Date debt was incurred**            ☐ No
**6/2020**                            ■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
**Last 4 digits of account number**
**9036**
**Do multiple creditors have an**      **As of the petition filing date, the claim is:**
**interest in the same property?**     Check all that apply
■ No                                   ☐ Contingent
☐ Yes. Specify each creditor,          ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.
_____

---

| 2.4 | **SP Investment Group, LLC** | Describe debtor's property that is subject to a lien | $2,850,000.00 | $7,750,000.00 |

Creditor's Name                       **9801/9803, 9805/9807, 9809/9811, 9813/9815,**
                                       **9817/9819 East 61st Street, Raytown,**
                                       **Missouri 64133**

**250 NE 25th, Ste. 203**             **120 apartment units, 5 physical buildings, 10**
**Miami, FL 33137**                   **building addresses.**
_____
Creditor's mailing address            **Describe the lien**
                                       **2nd Deed of Trust**
                                       _____
                                       **Is the creditor an insider or related party?**
                                       ■ No
_____      ☐ Yes
Creditor's email address, if known     **Is anyone else liable on this claim?**

**Date debt was incurred**            ■ No
                                       ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**      **As of the petition filing date, the claim is:**
**interest in the same property?**     Check all that apply

---

| Debtor | **Nephrite Fund 1 LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

☐ No

☑ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

☐ Contingent
☐ Unliquidated
☐ Disputed

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $6,453,826.44

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name      **Nephrite Fund 1 LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MISSOURI

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | **$0.00** | **$0.00** |

| | |
|---|---|
| **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | **$0.00** | **$0.00** |

| | |
|---|---|
| **Missouri Department of Revenue**<br>**Attn: Bankruptcy Unit**<br>**P.O. Box 475**<br>**Jefferson City, MO 65105** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | Nephrite Fund 1 LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,467.84**

Anderson & Associates
1901 W. 47th Place
Suite 300
Westwood, KS 66205

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$82.50**

AT&T
P.O. Box 105262
Atlanta, GA 30348

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Utility__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$64,849.85**

Denise Woolbright
535 Brookneal Dr.
Saint Charles, MO 63304

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  __2018-2021__

Basis for the claim: __Loan to Suncrest Apts.__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,224.20**

Diplomat LLC
3530 Miami Street
Saint Louis, MO 63118

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  __A&R SC__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,150.44**

Evergy
P.O. Box 219703
Kansas City, MO 64121

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Utility__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,976.17**

Headway Capital
175 W. Jackson Blvd., Ste. 1000
Chicago, IL 60604

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business Lender__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,373.37**

Intersolutions
535 Route 38 E
Suite 425
Cherry Hill, NJ 08002

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Nephrite Fund 1 LLC**                                    Case number (if known) _____
         Name

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,040.97 |

**Spire**
Drawer 2
Saint Louis, MO 63171

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $521,415.55 |

**Strategic Properties**
250 NE 25th, Ste. 203
Miami, FL 33137

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Management Company**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,309.57 |

**The Raytown Water Company**
10017 E. 63rd Street
Kansas City, MO 64133

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71,358.08 |

**US Premium Finance**
280 Technology Parkway
Suite 200
Norcross, GA 30092

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,230.42 |

**Waste Management**
P.O. Box 4648
Carol Stream, IL 60197

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 740,478.96 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 740,478.96 |

| Fill in this information to identify the case: |
|---|
| Debtor name   **Nephrite Fund 1 LLC** |
| United States Bankruptcy Court for the:   WESTERN DISTRICT OF MISSOURI |
| Case number (if known)  _____ |

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest   **Apartment Lease** | |
|       State the term remaining   **Ends 12.31.24**   List the contract number of any government contract _____ | **Angela Oswald**<br>**9809 E. 61st St.**<br>**Unit 2**<br>**Raytown, MO 64133** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest   **Apartment Lease** | |
|       State the term remaining   **Ends 11.2.24**   List the contract number of any government contract _____ | **April Maggard**<br>**9807 E. 61st St.**<br>**Unit 1**<br>**Raytown, MO 64133** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest   **Apartment Lease** | |
|       State the term remaining   **Ends 5.31.24**   List the contract number of any government contract _____ | **Aretha Jones**<br>**9819 E. 61st St.**<br>**Unit 6**<br>**Raytown, MO 64133** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest   **Apartment Lease** | |
|       State the term remaining   **Ends 4.28.25**   List the contract number of any government contract _____ | **Ashli Fletcher**<br>**9807 E. 61st St.**<br>**Unit 6**<br>**Raytown, MO 64133** |

Debtor 1   **Nephrite Fund 1 LLC**                                        Case number (*if known*)
            First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Apartment Lease**

State the term remaining — **Ends 5.31.24**

List the contract number of any government contract

**Augustina Burns**
**9819 E. 61st St.**
**Unit 5**
**Raytown, MO 64133**

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Apartment Lease**

State the term remaining — **Ends 2.14.25**

List the contract number of any government contract

**Betina Smith**
**9805 E. 61st St.**
**Unit 6**
**Raytown, MO 64133**

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Apartment Lease**

State the term remaining — **Ends 8.31.24**

List the contract number of any government contract

**Bonita Cowens**
**9807 E. 61st St.**
**Unit 5**
**Raytown, MO 64133**

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest — **Apartment Lease**

State the term remaining — **Ends 11.30.24**

List the contract number of any government contract

**Brittany Davis**
**9809 E. 61st St.**
**Unit 9**
**Raytown, MO 64133**

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest — **Apartment Lease**

State the term remaining — **Ends 8.31.24**

List the contract number of any government contract

**Cabrisha Lyons**
**9819 E. 61st. St.**
**Unit 9**
**Raytown, MO 64133**

---

| Debtor 1 | **Nephrite Fund 1 LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Ends 9.7.27** | **Carmen Peeler**<br>**9801 E. 61st St.**<br>**Unit 3**<br>**Raytown, MO 64133** |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Ends 6.30.24** | **Cherokee Poplett**<br>**9807 E. 61st St.**<br>**Unit 3**<br>**Raytown, MO 64133** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Ends 4.7.25** | **Ciera Allen**<br>**9805 E. 61st St.**<br>**Unit 11**<br>**Raytown, MO 64133** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Ends 4.30.25** | **DeAunte Smith**<br>**9813 E. 61st St.**<br>**Unit 4**<br>**Raytown, MO 64133** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Ends 8.31.24** | **Deivyon Johnson**<br>**9813 E. 61st St.**<br>**Unit 7**<br>**Raytown, MO 64133** |
| | List the contract number of any government contract | | |

Debtor 1  **Nephrite Fund 1 LLC**
_____     Case number (*if known*) _____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Ends 7.31.24** | **Dennis Byrd**<br>**9811 E. 61st St.**<br>**Unit 10**<br>**Raytown, MO 64133** |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Ends 7.31.24** | **Deriantae Jones**<br>**9813 E. 61st St.**<br>**Unit 10**<br>**Raytown, MO 64133** |
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Ends 8.31.24** | **Destiny Howard**<br>**9803 E. 61st St.**<br>**Unit 4**<br>**Raytown, MO 64133** |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Ends 7.31.24** | **Domnique Moody**<br>**9803 E. 61st St.**<br>**Unit 11**<br>**Raytown, MO 64133** |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Ends 1.27.25** | **Dorothy Heard**<br>**9807 E. 61st St.**<br>**Unit 10**<br>**Raytown, MO 64133** |
| | List the contract number of any government contract | | |

Debtor 1   **Nephrite Fund 1 LLC**

First Name      Middle Name       Last Name

Case number (*if known*)

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Ends 5.12.25** | **Earl Robinson**<br>9805 E. 61st St.<br>Unit 10<br>Raytown, MO 64133 |
| | List the contract number of any government contract | | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Ends 1.31.25** | **Elizabeth Grayson**<br>9809 E. 61st St.<br>Unit 4<br>Raytown, MO 64133 |
| | List the contract number of any government contract | | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Ends 9.30.24** | **Ericka Carr**<br>9801 E. 61st St.<br>Unit 10<br>Raytown, MO 64133 |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Ends 12.1.24** | **Famara Badjie**<br>9801 E. 61st St.<br>Unit 11<br>Raytown, MO 64133 |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Ends 2.14.25** | **Henderson Booth**<br>9807 E. 61st St.<br>Unit 7<br>Raytown, MO 64133 |
| | List the contract number of any government contract | | |

| Debtor 1 | **Nephrite Fund 1 LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Ends 2.14.25** | **India Lache Stewart**<br>**9807 E. 61st St.**<br>**Unit 9**<br>**Raytown, MO 64133** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Ends 8.31.24** | **James Allen Schleichert**<br>**9817 E. 61st St.**<br>**Unit 11**<br>**Raytown, MO 64133** |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Ends 12.23.24** | **James Pinkston**<br>**9813 E. 61st St.**<br>**Unit 6**<br>**Raytown, MO 64133** |
| | List the contract number of any government contract | | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Ends 3.31.25** | **Jamie Merritt**<br>**9807 E. 61st St.**<br>**Unit 12**<br>**Raytown, MO 64133** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Ends 1.18.25** | **Jania Hardin**<br>**9809 E. 61st St.**<br>**Unit 7**<br>**Raytown, MO 64133** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Nephrite Fund 1 LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Ends 9.12.24** | **Jasmine Moore**<br>**9809 E. 61st St.**<br>**Unit 10**<br>**Raytown, MO 64133** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Ends 1.31.24** | **Jason Tarantola**<br>**9801 E. 61st St.**<br>**Unit 7**<br>**Raytown, MO 64133** |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Ends 4.30.24** | **Jayla Weaver**<br>**9801 E. 61st St.**<br>**Unit 9**<br>**Raytown, MO 64133** |
| | List the contract number of any government contract | | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Ends 8.31.24** | **Jeanna Smalls**<br>**9819 E. 61st St.**<br>**Unit 11**<br>**Raytown, MO 64133** |
| | List the contract number of any government contract | | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Ends 12.31.22** | **Jeffrey Schnakenberg**<br>**9803 E. 61st St.**<br>**Unit 9**<br>**Raytown, MO 64133** |
| | List the contract number of any government contract | | |

Debtor 1   **Nephrite Fund 1 LLC**                                        Case number (*if known*) _____
　　　First Name　　Middle Name　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** |
| | State the term remaining | **Ends 9.5.24** |
| | List the contract number of any government contract | |

**Jennifer Pacheco**
**9809 E. 61st St.**
**Unit 3**
**Raytown, MO 64133**

| | | |
|---|---|---|
| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** |
| | State the term remaining | **Ends 7.31.24** |
| | List the contract number of any government contract | |

**Jennifer Petty**
**9813 E. 61st St.**
**Unit 8**
**Raytown, MO 64133**

| | | |
|---|---|---|
| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** |
| | State the term remaining | **Ends 6.30.24** |
| | List the contract number of any government contract | |

**Jermaine Sails**
**9805 E. 61st St.**
**Unit 7**
**Raytown, MO 64133**

| | | |
|---|---|---|
| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** |
| | State the term remaining | **Ends 3.24.25** |
| | List the contract number of any government contract | |

**Jonniesha Chase**
**9809 E. 61st St.**
**Unit 8**
**Raytown, MO 64133**

| | | |
|---|---|---|
| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** |
| | State the term remaining | **Ends 8.31.24** |
| | List the contract number of any government contract | |

**Jovan Smith**
**9811 E. 61st St.**
**Unit 8**
**Raytown, MO 64133**

Debtor 1   **Nephrite Fund 1 LLC**                                                   Case number (*if known*) _____
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Ends 4.30.24** | **Juanicia Denise Causey**<br>**9803 E. 61st St.**<br>**Unit 10**<br>**Raytown, MO 64133** |
| | List the contract number of any government contract | | |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Ends 6.30.24** | **Juanita Epps**<br>**9807 E. 61st St.**<br>**Unit 8**<br>**Raytown, MO 64133** |
| | List the contract number of any government contract | | |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Ends 2.24.25** | **Keshawn Hill**<br>**9817 E. 61st St.**<br>**Unit 10**<br>**Raytown, MO 64133** |
| | List the contract number of any government contract | | |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Ends 8.31.24** | **Kevin Skiles**<br>**9819 E. 61st St.**<br>**Unit 1**<br>**Raytown, MO 64133** |
| | List the contract number of any government contract | | |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Ends 10.14.24** | **LaDell Louise Hill**<br>**9813 E. 61st St.**<br>**Unit 2**<br>**Raytown, MO 64133** |
| | List the contract number of any government contract | | |

Debtor 1  **Nephrite Fund 1 LLC**                                               Case number (*if known*) _____
          First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.45. State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** |
| State the term remaining | **Ends 6.30.24** |
| List the contract number of any government contract | **Latisha Lockett**<br>**9811 E. 61st St.**<br>**Unit 12**<br>**Raytown, MO 64133** |
| 2.46. State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** |
| State the term remaining | **Ends 12.20.24** |
| List the contract number of any government contract | **Leena Graham**<br>**9819 E. 61st St.**<br>**Unit 2**<br>**Raytown, MO 64133** |
| 2.47. State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** |
| State the term remaining | **Ends 8.31.24** |
| List the contract number of any government contract | **Linda Louise Brown**<br>**9813 E. 61st St.**<br>**Unit 1**<br>**Raytown, MO 64133** |
| 2.48. State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** |
| State the term remaining | **Ends 2.8.25** |
| List the contract number of any government contract | **Maria Arreola**<br>**9805 E. 61st St.**<br>**Unit 5**<br>**Raytown, MO 64133** |
| 2.49. State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** |
| State the term remaining | **Ends 11.8.24** |
| List the contract number of any government contract | **Marquis Thomas**<br>**9803 E. 61st St.**<br>**Unit 8**<br>**Raytown, MO 64133** |

Debtor 1    **Nephrite Fund 1 LLC**                                                           Case number *(if known)* _____
    First Name     Middle Name     Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.50.** State what the contract or lease is for and the nature of the debtor's interest<br><br>    State the term remaining<br><br>    List the contract number of any government contract | **Apartment Lease**<br><br><br>**Ends 1.31.24** |
| | **Marronda Kennedy**<br>**9809 E. 61st St.**<br>**Unit 11**<br>**Raytown, MO 64133** |
| **2.51.** State what the contract or lease is for and the nature of the debtor's interest<br><br>    State the term remaining<br><br>    List the contract number of any government contract | **Apartment Lease**<br><br><br>**Ends 9.30.24** |
| | **Marshell Lewis**<br>**9817 E. 61st St.**<br>**Unit 5**<br>**Raytown, MO 64133** |
| **2.52.** State what the contract or lease is for and the nature of the debtor's interest<br><br>    State the term remaining<br><br>    List the contract number of any government contract | **Apartment Lease**<br><br><br>**Ends 6.30.24** |
| | **Matthew David Schrock**<br>**9819 E. 61st St.**<br>**Unit 4**<br>**Raytown, MO 64133** |
| **2.53.** State what the contract or lease is for and the nature of the debtor's interest<br><br>    State the term remaining<br><br>    List the contract number of any government contract | **Apartment Lease**<br><br><br>**Ends 2.1.25** |
| | **Melissa Page**<br>**9809 E. 61st St.**<br>**Unit 6**<br>**Raytown, MO 64133** |
| **2.54.** State what the contract or lease is for and the nature of the debtor's interest<br><br>    State the term remaining<br><br>    List the contract number of any government contract | **Apartment Lease**<br><br><br>**Ends 5.31.24** |
| | **Merriam Jones**<br>**9813 E. 61st. St.**<br>**Unit 5**<br>**Raytown, MO 64133** |

| Debtor 1 | **Nephrite Fund 1 LLC** | | | Case number (*if known*) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Ends 3.7.25** | **Michael Donato**<br>**9803 E. 61st St.**<br>**Unit 6**<br>**Kansas City, MO 64133** |
| | List the contract number of any government contract | | |

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Ends 4.30.25** | **Michael Seamster**<br>**9801 E. 61st St.**<br>**Unit 5**<br>**Raytown, MO 64133** |
| | List the contract number of any government contract | | |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Ends 12.23.24** | **MyKiece Sexton**<br>**9809 E. 61st St.**<br>**Unit 5**<br>**Raytown, MO 64133** |
| | List the contract number of any government contract | | |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Ends 1.24.25** | **Natalie Moore**<br>**9809 E. 61st St.**<br>**Unit 1**<br>**Raytown, MO 64133** |
| | List the contract number of any government contract | | |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** | |
|---|---|---|---|
| | State the term remaining | **Ends 8.31.23** | **Pamela Vanderberg**<br>**9813 E. 61st St.**<br>**Unit 12**<br>**Raytown, MO 64133** |
| | List the contract number of any government contract | | |

Debtor 1    **Nephrite Fund 1 LLC**                                        Case number (*if known*)
    First Name      Middle Name      Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** |
| | State the term remaining | **Ends 5.31.24** |
| | List the contract number of any government contract | |

**Ranieka Thompson**
**9811 E. 61st St.**
**Unit 9**
**Raytown, MO 64133**

| | | |
|---|---|---|
| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** |
| | State the term remaining | **Ends 9.30.24** |
| | List the contract number of any government contract | |

**Regina Palmer**
**9805 E. 61st St.**
**Unit 9**
**Kansas City, MO 64133**

| | | |
|---|---|---|
| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** |
| | State the term remaining | **Ends 10.25.24** |
| | List the contract number of any government contract | |

**Richard Johnson**
**9803 E. 61st St.**
**Unit 1**
**Raytown, MO 64133**

| | | |
|---|---|---|
| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** |
| | State the term remaining | **Ends 3.31.23** |
| | List the contract number of any government contract | |

**Robert Moore**
**9819 E. 61st St.**
**Unit 3**
**Raytown, MO 64133**

| | | |
|---|---|---|
| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease** |
| | State the term remaining | **Ends 10.7.24** |
| | List the contract number of any government contract | |

**Sean Richmond**
**9811 E. 61st St.**
**Unit 1**
**Raytown, MO 64133**

Debtor 1   **Nephrite Fund 1 LLC**                                          Case number (*if known*) _____
    First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.65.** State what the contract or lease is for and the nature of the debtor's interest — **Apartment Lease**

State the term remaining — **Ends 10.7.24**

List the contract number of any government contract

**Shaona Carney**
**9803 E. 61st St.**
**Unit 7**
**Raytown, MO 64133**

---

**2.66.** State what the contract or lease is for and the nature of the debtor's interest — **Apartment Lease**

State the term remaining — **Ends 9.30.24**

List the contract number of any government contract

**Sharon Mitchen**
**9801 E. 61st St.**
**Unit 2**
**Raytown, MO 64133**

---

**2.67.** State what the contract or lease is for and the nature of the debtor's interest — **Apartment Lease**

State the term remaining — **Ends 10.7.24**

List the contract number of any government contract

**Stephan Phillips**
**9817 E. 61st St.**
**Unit 1**
**Raytown, MO 64133**

---

**2.68.** State what the contract or lease is for and the nature of the debtor's interest — **Apartment Lease**

State the term remaining — **Ends 7.31.24**

List the contract number of any government contract

**Tayzhana Mattic**
**9805 E. 61st St.**
**Unit 2**
**Raytown, MO 64133**

---

**2.69.** State what the contract or lease is for and the nature of the debtor's interest — **Apartment Lease**

State the term remaining — **Ends 2.28.24**

List the contract number of any government contract

**Terrance Dandridge**
**9813 E. 61st St.**
**Unit 3**
**Raytown, MO 64133**

---

Debtor 1   **Nephrite Fund 1 LLC**

First Name          Middle Name          Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.70.** State what the contract or lease is for and the nature of the debtor's interest — **Apartment Lease** | |
| State the term remaining — **Ends 7.31.24** | **Tina Dozier**<br>**9801 E. 61st St.**<br>**Unit 4**<br>**Raytown, MO 64133** |
| List the contract number of any government contract | |
| **2.71.** State what the contract or lease is for and the nature of the debtor's interest — **Apartment Lease** | |
| State the term remaining — **Ends 3.31.24** | **Traci Mechelle Grant**<br>**9803 E. 61st St.**<br>**Unit 3**<br>**Raytown, MO 64133** |
| List the contract number of any government contract | |
| **2.72.** State what the contract or lease is for and the nature of the debtor's interest — **Apartment Lease** | |
| State the term remaining — **Ends 3.31.25** | **Trindoces Robinson**<br>**9811 E. 61st St.**<br>**Unit 5**<br>**Raytown, MO 64133** |
| List the contract number of any government contract | |
| **2.73.** State what the contract or lease is for and the nature of the debtor's interest — **Apartment Lease** | |
| State the term remaining — **Ends 10.31.24** | **Twyla Trusty**<br>**9803 E. 61st St.**<br>**Unit 5**<br>**Raytown, MO 64133** |
| List the contract number of any government contract | |
| **2.74.** State what the contract or lease is for and the nature of the debtor's interest — **Apartment Lease** | |
| State the term remaining — **Ends 7.31.24** | **Tyran Sutherlin**<br>**9819 E. 61st St.**<br>**Unit 8**<br>**Raytown, MO 64133** |
| List the contract number of any government contract | |

Debtor 1  **Nephrite Fund 1 LLC**
_____    Case number (*if known*) _____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.75. State what the contract or lease is for and the nature of the debtor's interest  **Apartment Lease** | |
| State the term remaining  **Ends 12.23.24** | **Vincent Glover** **9803 E. 61st St.** **Unit 2** **Raytown, MO 64133** |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name    **Nephrite Fund 1 LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MISSOURI

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Alan Sheehy** | | **Small Business Administration** | ■ D ___**2.3**___<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Nephrite Fund 1 LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MISSOURI

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:   Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$288,361.27** |
   | **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other  _____ | **$666,459.08** |
   | **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other  _____ | **$801,489.35** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Debtor   **Nephrite Fund 1 LLC**                                      Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Headway Capital**<br>**175 W. Jackson Blvd., Ste. 1000**<br>**Chicago, IL 60604** | **2.5.24 -**<br>**$4,088.17;**<br>**3.5.24 -**<br>**$4,088.17;**<br>**4.5.24 -**<br>**$4,212.37;**<br>**5.5.24 -**<br>**$4,212.37** | **$16,601.08** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Anderson & Associates**<br>**1901 W. 47th Place**<br>**Suite 300**<br>**Westwood, KS 66205** | **3/11/24-$288<br>5.70<br>3/15/24-$234<br>8.56<br>4/10/24-$174<br>1.42<br>4/16/24-$464.<br>89<br>5/7/24-$2826.<br>53** | **$10,267.10** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3. **City of Raytown - Sewer**<br>**10000 E. 59th St.**<br>**Kansas City, MO 64133** | **2/1/2024-$25<br>0.33<br>3/6/2024-$42<br>65.63<br>4/5/2024-$28<br>59.13<br>5/6/2024-$21<br>91.73** | **$9,566.82** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Utility - Sewer** |
| 3.4. **Intersolutions**<br>**535 Route 38 E**<br>**Suite 425**<br>**Cherry Hill, NJ 08002** | **2/15/2024<br>$1,047.38<br>2/16/2024<br>$978.88<br>2/29/2024<br>$2,115.73<br>3/8/2024<br>$1,315.61<br>4/10/2024<br>$1,212.24<br>4/16/2024<br>$1,422.19<br>5/7/2024<br>$2,331.49** | **$10,423.52** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.5. **Jorge A Perez Cuevas**<br>**5101 Brooklyn Ave**<br>**Kansas City, MO 64130** | **3/12/2024<br>$11,000.00<br>4/4/2024<br>$14,750.00** | **$25,750.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor   **Nephrite Fund 1 LLC**                                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.6.  **Margarita Maldonado**<br>**1030 Ray Ave.**<br>**Kansas City, KS 66102** | **2/8/2024**<br>**$500.00**<br>**2/15/2024**<br>**$1,450.00**<br>**2/22/2024**<br>**$880.00**<br>**2/29/2024**<br>**$650.00**<br>**3/7/2024**<br>**$730.00**<br>**3/14/2024**<br>**$700.00**<br>**3/21/2024**<br>**$580.00**<br>**3/28/2024**<br>**$620.00**<br>**4/4/2024**<br>**$1,080.00**<br>**4/11/2024**<br>**$500.00**<br>**4/26/2024**<br>**$600.00**<br>**5/3/2024**<br>**$1,290.00**<br>**5/8/2024**<br>**$580.00** | **$10,160.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.7.  **Spire**<br>**Drawer 2**<br>**Saint Louis, MO 63171** | **2/1/2024**<br>**$743.77**<br>**2/2/2024**<br>**$989.17**<br>**2/7/2024**<br>**$953.79**<br>**2/23/2024**<br>**$980.29**<br>**2/26/2024**<br>**$2,938.63**<br>**3/5/2024**<br>**$12.50**<br>**3/26/2024**<br>**$1,995.30**<br>**3/26/2024**<br>**$791.71**<br>**4/19/2024**<br>**$2,003.66**<br>**4/23/2024**<br>**$554.07** | **$11,962.89** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**Utility - Gas**__ |

Debtor  **Nephrite Fund 1 LLC** _____    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.8. **Strategic Properties**<br>**250 NE 25th, Ste. 203**<br>**Miami, FL 33137** | 2/12/2024<br>$3,590.36<br>3/1/2024<br>$2,037.57<br>3/5/2024<br>$2,390.43<br>3/7/2024<br>$5,593.63<br>3/12/2024<br>$2,837.77<br>3/19/2024<br>$2,563.88<br>3/26/2024<br>$3,039.04<br>4/1/2024<br>$2,407.18<br>4/8/2024<br>$3,316.16<br>4/11/2024<br>$2,891.14<br>4/16/2024<br>$2,381.79<br>4/30/2024<br>$5,033.17<br>5/8/2024<br>$4,084.84 | $42,166.96 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.9. **US Premium Finance**<br>**280 Technology Parkway**<br>**Suite 200**<br>**Norcross, GA 30092** | 3/20/2024<br>$21,525.00<br>3/27/2024<br>$8,919.76<br>4/29/2024<br>$8,919.76 | $39,364.52 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance** |
| 3.10. **Waste Management**<br>**P.O. Box 4648**<br>**Carol Stream, IL 60197-4648** | 2/1/2024<br>$4,027.33<br>2/28/2024<br>$4,290.11<br>3/28/2024<br>$4,230.42<br>4/30/2024<br>$4,230.42 | $16,778.28 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Utility - Trash** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

| Debtor | Nephrite Fund 1 LLC | Case number *(if known)* |
|---|---|---|

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

<table>
<tr><td>Part 3:</td><td>Legal Actions or Assignments</td></tr>
</table>

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Elena Puga et al v. Nephrite Fund I, LLC et al**<br>**2316-CV28855** | **CC Temporary Restraining Order** | **Circuit Court of Jackson County**<br>**415 E. 12th Street**<br>**Kansas City, MO 64106** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **SP Investment Group, LLC v. Nephrite Fund I, LLC**<br>**2316-CV34054** | **CC Breach of Contract** | **Circuit Court of Jackson County**<br>**415 E. 12th Street**<br>**Kansas City, MO 64106** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | **Nephrite Fund 1, LLC v. Nicholas Leyh et al**<br>**2416-CV04288** | **CC Declaratory Judgment** | **Circuit Court of Jackson County**<br>**415 E. 12th Street**<br>**Kansas City, MO 64106** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Elena Puga v. Nephrite Fund I, LLC et al**<br>**2116-CV13008** | **CC Other Tort** | **Circuit Court of Jackson County**<br>**415 E. 12th Street**<br>**Kansas City, MO 64106** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Jeanna Smalls v. Nephrite Fund I, LLC** | **Slip and fall claim no 1.11.2024**<br><br>**Kinsale Insurance handling claim for Nephrite Fund I, LLC** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Kamryn Gordon v. Nephrite Fund I, LLC** | **Claim for hot water heater 2nd degree burn. Claim letter sent 3.12.2024. Kinsale Insurance handling claim for Nephrite Fund I, LLC** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor  **Nephrite Fund 1 LLC** _____    Case number _(if known)_ _____

| | Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|---|
| 7.7. | **Elena Puga et al v. Nephrite Fund I, LLC et al.**<br>**2416-CV13289** | CC Temporary<br>Restraining Order | **Circuit Court of Jackson County**<br>**415 E. 12th Street**<br>**Kansas City, MO 64106** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B _(Schedule A/B: Assets – Real and Personal Property)._ | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Carmody MacDonald P.C.**<br>**120 S. Central Ave., Suite 1800**<br>**Saint Louis, MO 63105** | **Attorney Fees** | **05/09/2024** | **$40,000.00** |
| | Email or website address<br>**ree@carmodymacdonald.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

| Debtor | Nephrite Fund 1 LLC | Case number *(if known)* | |

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

| Debtor | **Nephrite Fund 1 LLC** | Case number *(if known)* |
| --- | --- | --- |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Debtor    **Nephrite Fund 1 LLC** _____    Case number _(if known)_ _____

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
|  |  |  |  |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
|  |  |  |  |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
|  |  |  |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Strategic Properties LLC**<br>**250 NE 25th, Ste. 203**<br>**Miami, FL 33137** | **10/2018 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **Strategic Properties LLC**<br>**250 NE 25th, Ste. 203**<br>**Miami, FL 33137** | **10/2018 to present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Strategic Properties LLC**<br>**250 NE 25th, Ste. 203**<br>**Miami, FL 33137** | **2018 to present** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
|  |

Debtor    **Nephrite Fund 1 LLC**                                              Case number *(if known)* _____

| Name and address | |
|---|---|
| 26d.1. | **57 Equity, LLC**<br>**c/o Jim Carter**<br>**1555 12th Fairway Dr.**<br>**Concord, NC 28027** |
| 26d.2. | **Sky Equity, LLC**<br>**43 West 33rd Street, Ste. 504**<br>**New York, NY 10001** |
| 26d.3. | **Northmarq Capital**<br>**c/o Gabe Tovar**<br>**1111 Brickell Ave., Ste. 2970**<br>**Miami, FL 33131** |
| 26d.4. | **Terrydale Capital**<br>**c/o Max Leitner**<br>**5740 Prospect Ave., Ste. 1000**<br>**Dallas, TX 75206** |
| 26d.5. | **LimaOne Capital**<br>**201 East McBee Ave., Ste. 300**<br>**Greenville, SC 29601** |
| 26d.6. | **Black Mountain Capital**<br>**177 West Putnam Ave.**<br>**Greenwich, CT 06831** |
| 26d.7. | **Richard Stanton Hard Money Loan**<br>**201 S. Biscayne Blvd., Ste. 2828**<br>**Miami, FL 33131-4330** |
| 26d.8. | **Kennedy Funding**<br>**2425 Flat Stone Dr.**<br>**Cumming, GA 30040-1000** |
| 26d.9. | **Hummingbird Capital**<br>**110 North Wacker Drive**<br>**Ste. 2500, PMB 5578**<br>**Chicago, IL 60606** |
| 26d.10. | **Celestial Fund**<br>**2 South Biscayne Blvd., Ste. 3200**<br>**Miami, FL 33131** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Alan Sheehy** | | | **99%** |

Debtor   **Nephrite Fund 1 LLC**                                      Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Jesse Davila** | | | **1%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|-----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|-----------------------------------------------------|

---

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 14, 2024**

**/s/ Alan Sheehy**                                      **Alan Sheehy**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor   **Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
### Western District of Missouri

In re   **Nephrite Fund 1 LLC**

Debtor(s)

Case No. 

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Nephrite Fund 1 LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 14, 2024**

Date

**/s/ Robert E. Eggmann**

**Robert E. Eggmann 37374**

Signature of Attorney or Litigant

Counsel for   **Nephrite Fund 1 LLC**

**Carmody MacDonald P.C.**

**120 S. Central Ave., Suite 1800**
**Saint Louis, MO 63105**
**314-854-8600 Fax:314-854-8660**
**ree@carmodymacdonald.com**